UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ANTHONY JONES,

    Plaintiff,

vs.

E. McATEE, et al.,

    Defendants.

No. 2:10-CV-0033-LKK-CMK-P

ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Anthony Jones, CDCR # AD-3772, a necessary and material witness in proceedings in this case on February 28, 2013, is confined in Kern Valley State Prison (KVSP), 3000 West Cecil Avenue, Delano, California 93216, in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Dale A. Drozd to appear from the institution by video conference at the U. S. District Court, Courtroom #27, 501 I Street, Sacramento, California 95814, on Thursday, February 28, 2013 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Dale A. Drozd; and

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, KVSP, P. O. Box 3130, Delano, California 93216:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Drozd by video conference at the time and place above, until completion of the settlement conference or as ordered by Judge Drozd.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  December 5, 2012

                                                                */s/ Craig M. Kellison*
                                                                 **CRAIG M. KELLISON**
                                                                 UNITED STATES MAGISTRATE JUDGE