IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES, | No. 2:10-CV-0033-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| E. McATEE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion (Doc. 108) for an extension of time to file an opposition to plaintiff's motion (Doc. 106) for partial summary judgment. A review of the docket reflects that, pursuant to the court's October 16, 2012, order, the last day to file dispositive motions in this case was 90 days following the discovery cut-off date of March15, 2013. Plaintiff did not seek an extension of the dispositive motion filing deadline prior to filing his current motion for partial summary judgment on July 10, 2014. Plaintiff's motion will, therefore, be stricken as untimely. Defendants' motion for an extension of time to respond to plaintiff's motion will be denied as moot.

/ / /

1

Pursuant to the court's July 26, 2014, order, the parties are required to submit status reports. Upon review of status reports from plaintiff and defendants, the court will set a further schedule for this case, including, if appropriate, a new dispositive motions filing deadline. The court will sua sponte extend the deadlines for the parties to submit status reports consistent with the July 26, 2014, order.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion (Doc. 106) for partial summary judgment is stricken as untimely;

2. Defendants' motion (Doc. 108) for an extension of time is denied as moot;

3. Plaintiff's status report is due within 30 days of the date of this order; and

4. Defendants' status report is due within 30 days after service of plaintiff's status report.

DATED: July 24, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2