Anthony Jones #A63773
P.O. Box 409099
Ione, CA 95640

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY JONES,
    Plaintiff,

Vs.

E. McATEE et al,
    Defendants

Case No. 2:10-CV-0033-LKK-CMK

Second Amended Complaint

On March 9, 2009 at approx. 3:20 am I, Anthony Jones was trying to evade capture by Sacramento County Sheriff's deputies. As I ran, with my back towards the officers, I was shot by deputy E. McAtee approx. 5 times in the upper left part of the back, and back of the neck. I posed no threat to the deputies and posed no immediate threat to civilians as there were no one outside in the immediate area. I suffered a broken skapula, a few broken ribs, and partial facial paralysis. The pellet that paralyzed my face was not county issued double ought buck, but a very specialized pellet that is made to slice in under the skin then separate into two pieces after impact. The use of these pellets was not authorized by the Sheriff's Department, thus making it illegal to carry and use by deputies. The deputy violated my right under the 4th Amendment to be free from excessive use of force by officers, and the 8th Amendment to be free from cruel and unusual punishments. As I continued to flee I was then attacked by the K-9 deputy's canine partner Jesse who had just bitten deputy D. Amos in the foot. As I was taken down I was then beaten by deputy D. Amos and

1  Sgt. C. Turner. I could not move my left arm because my scapula was
2  broken and my right arm was out and away from my body clutching
3  onto my watch. Deputy D. Amos punched and kicked me several times about
4  the head and shoulder area, and Sgt. Turner beat me with a flashlight
5  upon my arm and head. After I was handcuffed, deputy B. Amos allowed
6  his canine partner Jesse to chew and eat my flesh for 45-50 seconds
7  approx. These deputies violated my 4th Amendment right to be free from
8  excessive use of force and 8th Amendment right to be free from cruel
9  cruel and unusual punishment. Deputy Hrabak did nothing to stop his fellow
10 officers from brutalizing me, thus, violating my 4th Amendment right to be free
11 from excessive use of force.
12     Since this incident I've suffered chronic nerve and muscle pain in my
13 face, neck, and shoulder. The canine has disfigured my left calf muscle and I
14 still feel pain daily in my leg. I still have several pellets in me and I
15 feel pain because of them as well.
16     I am seeking 5,000,000 in damages.
17     I, Anthony Jones, declare that the foregoing is true and correct
18 under the penalty of perjury and the laws of the State of California.
19
20 Dated: April 8, 2015                    Respectfully Submitted
21
22                                         Anthony Jones
23
24
25
26
27
28

# Proof of Service

I, Anthony Jones, am a party to the within held action. I am over the age of 18 and reside in Ione, CA.

I placed the following documents in the US. mail addressed to the Court:

Notice of Motion and Motion Request for leave of the Court to file (SAC) Second Amended Complaint.

Addressed to:

United States Courts
Office of the Clerk, United States District Court
Eastern District of California, 501 I St., Ste 4-200
Sacramento, CA 95814-2322