1
2
3
4
5
6
7          **IN THE UNITED STATES DISTRICT COURT**

8          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10   ANTHONY JONES,                              No. 2:10-CV-0033-MCE-CMK-P

11            Plaintiff,

12       vs.                                     ORDER

13   E. McATEE, et al.,

14            Defendants.

15   _____/

16          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

17   42 U.S.C. § 1983.   Plaintiff has filed a notice of voluntary dismissal of all claims against

18   defendant Rhalf.  Good cause appearing therefor, the request is granted and Rhalf is dismissed as

19   a defendant to this action, which proceeds against defendants E. McAtee, B. Amos, C. Turner, D.

20   Amos, and Hrabak only.  See Fed. R. Civ. P. 41(a)(2).  The Clerk of the Court is directed to

21   terminate Rhalf as a defendant.

22          IT IS SO ORDERED.

23    DATED:  July 22, 2015

24                                              _____
                                                **CRAIG M. KELLISON**
25                                              UNITED STATES MAGISTRATE JUDGE

26

1