1   LONGYEAR, O'DEA & LAVRA, LLP
    John A. Lavra, CSB No.: 114533
2   Amanda L. McDermott, CSB No.: 253651
    3620 American River Drive, Suite 230
3   Sacramento, CA 95864
    Phone: 916-974-8500
4   Facsimile: 916-974-8510,

5   Attorneys for Defendants McAtee
    B. Amos,
6   D. Amos,
    Hrabak, and
7   Turner.

8   ANWYL, SCOFFIELD & STEPP, LLP
    James T. Anwyl, Esq.
9   P.O. Box 269127
    Sacramento, CA 95826
10  3043 Gold Canal Drive, Suite 100
    Rancho Cordova, CA 95670
11  JTAnwyl@anwylaw.com,

12  Attorney for Defendant Rhalf.

13  Anthony Jones
    AD-3772
14  Mule Creek State Prison,
    P.O. Box 409099,
15  Ione, CA 95640,

16  Plaintiff.

17

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY JONES,** | Case No.: 2:10-CV-00033- MCE -CMK-P |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| **E. McATEE et al.,** | |
| Defendant | |

1  IT IS HEREBY STIPULATED by and between **PLAINTIFF, ANTHONY JONES**,
2  and DEFENDANTS MCATEE, B. AMOS, D. AMOS, HRABAK, AND TURNER, through
3  their designated counsel that DEFENDANTS MCATEE, B. AMOS, D. AMOS, HRABAK,
4  AND TURNER are hereby dismissed with prejudice pursuant to Federal Rules of Civil
5  Procedure 41(a)(1), all parties to bear their own attorneys' fees and legal costs.
6  IT IS SO STIPULATED:

7
8  Dated:

9  By: _____
   ANTHONY JONES,
   Plaintiff, *in Pro Se*

10 Dated: July 23/14, 2015                    LONGYEAR, O'DEA & LAVRA, LLP
11
12                                             By: _____
                                                   JOHN A. LAVRA
13                                                 AMANDA L. MCDERMOTT
                                                   Attorneys for Defendants, McAtee, B. Amos, D.
14                                                 Amos, Hrabak, And Turner

15 Dated:                                     ANWYL, SCOFFIELD & STEPP, LLP
16
17                                             By: _____
                                                   JAMES T. ANWYL, ESQ.
                                                   Attorney for Defendant Rhalf.

18
19
20
21
22
23
24
25
26
27
28

1  IT IS HEREBY STIPULATED by and between PLAINTIFF, ANTHONY JONES,
2  and DEFENDANTS MCATEE, B. AMOS, D. AMOS, HRABAK, AND TURNER, through
3  their designated counsel that DEFENDANTS MCATEE, B. AMOS, D. AMOS, HRABAK,
4  AND TURNER are hereby dismissed with prejudice pursuant to Federal Rules of Civil
5  Procedure 41(a)(1), all parties to bear their own attorneys' fees and legal costs.
6  IT IS SO STIPULATED:

Dated:

By: ANTHONY JONES,
Plaintiff, *in Pro Se*

Dated: July 14, 2015        LONGYEAR, O'DEA & LAVRA, LLP

By: _____
JOHN A. LAVRA
AMANDA L. MCDERMOTT
Attorneys for Defendants, McAtee, B. Amos, D. Amos, Hrabak, And Turner

Dated: 7-16-15              ANWYL, SCOFFIELD & STEPP, LLP

By: JAMES T. ANWYL, ESQ.
Attorney for Defendant Rhalf.