LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for Defendants McAtee
B. Amos,
D. Amos,
Hrabak, and
Turner

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA SACRAMENTO DIVISION

| | |
|---|---|
| **ANTHONY JONES**, | Case No.: 2:10-CV-00033-MCE-CMK-P |
| Plaintiff, | |
| vs. | **ORDER RE:** **PARTIES STIPULATION OF DISMISSAL** |
| **E. McATEE et al.**, | |
| Defendant | |

Pursuant to the parties' stipulation (ECF No. 137), Defendants Mcatee, B. Amos, D. Amos, Hrabak, and Turner are hereby DISMISSED with prejudice and all parties will bear their own costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

**Dated: July 28, 2015**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT